UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN R. VANPORTFLIET,

    Plaintiff,

v.

    Case No. 1:10-cv-578

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## JUDGMENT

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendant and against the plaintiff.

Date:  April 18, 2012

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District